

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SAMUEL CAMPOS, | § | No. 08-13-00289-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION for Reliance National Indemnity Company, Impaired Insurer, | § | of Winkler County, Texas |
|  | § | (TC# 14,553) |
| Appellee. | § |  |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER, 2014.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.